**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00173-CV**
_____

**TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellant**

**V.**

**KEVIN KELLY AND TIFFANY KELLY, Appellees**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-203,415**

**ORDER**

On May 19, 2022, the trial court signed an interlocutory order, which identifies controlling questions of law that, if resolved now, may materially advance the ultimate resolution of the lawsuit should this Court decide to grant the request and allow the matter to be argued by interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (Supp.); *see also* Tex. R. Civ. P. 168. On June 3, 2022, Texas Windstorm Insurance Association asked this Court for permission to appeal the interlocutory order the trial court signed on May 19, 2022. *See* Tex. R. App. P.

1

28.3(a). The remaining parties in the case, Kevin Kelly and Tiffany Kelly, responded in support of the request. *See* Tex. R. App. P. 28.3(f).

The Court grants Texas Windstorm Insurance Association's petition seeking review through a permissive appeal of the trial court's May 19, 2022 Summary Judgment Order with Permission to Appeal. *See* Tex. R. App. P. 28.3(k). We deem the notice of appeal to have been filed as of the date the Court renders this Order. *Id*. The record is due June 27, 2022. The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The appellees' brief is due twenty days after the appellant files its brief. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court's clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED June 17, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.

2